OAO 240 (Rev. 10/03) DC MODIFIED

# UNITED STATES DISTRICT COURT
## For the Eastern District of Pennsylvania



Rosemary Fallon

Plaintiff

V.

Quality Asset Recovery
Defendant

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

11  0051

JAN 0 5 2011

CASE NUMBER: _____

I, _____Rosemary Fallon_____ declare that I am the (check appropriate box)

[X] petitioner/plaintiff/movant    [ ] Other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC ' 1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    [ ] Yes    [X] No    (If No, go to Part 2)

   If Yes, state the place of your incarceration _____

   Are you employed at the institution? _____ Do you receive any payment from the institution? _____

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six months**= transactions.

2. Are you currently employed?    [ ] Yes    [x] No

   a. If the answer is Yes, state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is No, state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
   Bulls Eye Marketing Systems. $15 per hour, at 25 hours per week.

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment    [ ] Yes    [X] No
   b. Rent payments, interest or dividends    [ ] Yes    [X] No
   c. Pensions, annuities or life insurance payments    [ ] Yes    [X] No
   d. Disability or workers compensation payments    [ ] Yes    [X] No
   e. Gifts or inheritances    [ ] Yes    [X] No
   f. Any other sources    [X] Yes    [ ] No

   If the answer to any of the above is Yes, describe, in item 7 on the following page, each source of money and state the amount received and what you expect you will continue to receive.

4. Do you have **any** cash or checking or savings accounts?    [X] Yes    [ ] No

  f. Any other sources            X Yes     __ No

If the answer to any of the above is Yes, describe, in item 7 on the following page, each source of money and amount received and what you expect you will continue to receive.

4. Do you have **any** cash or checking or savings accounts?   X Yes     __ No
  If Yes, state the total amount(s).    Less than $200.00

AO 240 Reverse (Rev. 10/03) DC MODIFIED

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   x Yes     No

If Yes, describe the property and state its value.
2007 Ford Taurus. 41,000 miles.
Lien = $17,000
No equity in vehicle.

No real estate.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how you contribute to their support. List Minor Children below by initials only and complete attached Reference those Minors.

7. Additional information (include source descriptions from item 3):

$6,000 approximate lawsuit settlement proceeds in 2010.

Unemployment $111 per week

I, Rosemary Fallon        declare, under penalty of perjury, that the above information is true and

*/s/ Rosemary Fallon*
Signature of Applicant

Date

**CERTIFICATE**
**(Incarcerated applicants only)**
(To be completed by the institution of incarceration)

I, _____, certify that the applicant named herein has the sum of
$ _____ on account to his/her credit at (name of institution) _____. I further certify that the applicant has the following securities to his/her credit: _____