# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROSEMARY FALLON,<br><br>         Plaintiff,<br>   v.<br><br>QUALITY ASSET RECOVERY, LLC et al,<br><br>         Defendants. | CIVIL ACTION<br><br>NO. 11-0051 |

## ORDER

**AND NOW**, this \_\_\_ day of July, 2013, upon consideration of Defendant's Motion for Summary Judgment (Doc. 22), Plaintiff's Response in Opposition (Docs. 23 & 24),[1] and Defendant's Reply (Doc. 25), **IT IS HEREBY ORDERED AND DECREED** that Defendant's Motion is **GRANTED IN PART AND DENIED IN PART**.[2]

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Leave to File Response to Defendant's Reply (Doc. 26) is **DENIED AS MOOT**.

**IT IS FURTHER ORDERED** that within seven (7) days of the filing date of this Order Plaintiff, in the form of an affidavit and including supporting documentation, shall submit to the Court proof of damages.

                                                                             **BY THE COURT:**

                                                                             **/s/ Petrese B. Tucker**

                                                                             _____

                                                                             **Hon. Petrese B. Tucker, C. J.**

---

[1] Contrary to Defendant's assertions, Plaintiff's Response in Opposition to Defendant's Motion for Summary Judgment was not untimely. (See Doc. 21.)

[2] This Order accompanies the Court's Memorandum Opinion dated July \_\_\_, 2013.